IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SMITH, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC. dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03092 JD<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE: VENUE TRANSFER |

## ORDER

For the reasons stated in the Stipulation, the Parties Stipulation to Transfer Venue is accepted. Given that the Plaintiff resides in Orange County, which is in the Southern Division of the Central District of California, and that the Defendant is also a resident of the Central District, this case is hereby transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: July 31, 2015

_____
Hon. James Donato
United States District Court
Northern District of California